1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CONTENT INTERACTIVE LLC | ) | Case # _____ |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |
| COX COMMUNICATIONS, INC. | ) ) ) ) | |
| Defendant(s). | ) ) | EFFECTIVE JUNE 1, 2004 FILING FEE IS $175.00 |

_____Edward E. Casto, Jr._____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Fort Worth_____.
   (city)

   _____Tarrant_____, _____Texas_____.
   (county)            (state)

2. That Petitioner is an attorney at law and a member of the law firm of
   _____Nelson Bumgardner Casto, P.C._____ with offices at
   _____3131 W. 7th Street, Suite 300_____,
   (street address)
   _____Fort Worth, Texas_____, _____76107_____, _____(817) 377-9111_____.
   (city)              (zip code)        (area code + telephone number)

   _____ecasto@nbclaw.net_____.
   (Email address)

3. That Petitioner has been retained personally or as a member of the law firm by **Content Interactive LLC** [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since **5/20/2004** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Texas** (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Texas | 5/20/2004 | 24044178 |
| United States District Court, Northern District of Texas | 6/7/2002 | |
| United States Court of Federal Claims | 9/27/2006 | |
| United States Court of Appeals, Federal Circuit | 12/4/2002 | |
| Supreme Court of the United States | 11/27/2006 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
4  _____
   Petitioner's Signature
5

6  STATE OF ____Texas_____ )
                            )
7  COUNTY OF ___Tarrant____ )

8  ____Edward E. Casto, Jr.____, Petitioner, being first duly sworn, deposes and says:

9  That the foregoing statements are true.
10
11 _____
   Petitioner's Signature

12 Subscribed and sworn to before me this
13 _____ day of ___February___, __2011__.
14 ____Christi Mize_____
15 Notary public or Clerk of Court

   CHRISTI MIZE
   MY COMMISSION EXPIRES
   July 1, 2014

16
17
18           DESIGNATION OF RESIDENT ATTORNEY
             ADMITTED TO THE BAR OF THIS COURT
19                  AND CONSENT THERETO.

20  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
21 believes it to be in the best interests of the client(s) to designate ___Brandon C. Fernald___,
22 Attorney at Law, member of the State of Nevada and previously admitted to practice before the
23 above-entitled Court as associate residence counsel in this action. The address of said designated
24 Nevada counsel is:
25
26 2300 West Sahara Ave., Suite 800
   Las Vegas, Nevada 89102
27 (702) 410-7500
          (Street, City, State, Zip Code and Telephone No.)
28

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints __Brandon C. Fernald__ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  10582
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

Rev 07.06