Brandon C. Fernald (Nevada Bar #10582)
FERNALD LAW GROUP LLP
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel: (702) 410-7500
Fax: (702) 410-7520
Email: brandon.fernald@fernaldlawgroup.com

Edward E. Casto, Jr. (admitted *pro hac vice*)
Ryan P. Griffin (admitted *pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th St., Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
Fax: (817) 377-3485
Email: ecasto@nbclaw.net
         rgriffin@nbclaw.net

Attorneys for Plaintiff
CONTENT INTERACTIVE LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONTENT INTERACTIVE LLC, | Case No.   2:11-cv-00314-ECR-CWH |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR STAY OF ALL DEADLINES** |
| COX COMMUNICATIONS, INC., et al. | |
| Defendants. | **JURY TRIAL DEMANDED** |

Plaintiff Content Interactive LLC ("Content Interactive") files this Notice of Settlement and Unopposed Motion for Stay of All Deadlines as follows:

1. The parties have reached an agreement in principle that resolves all claims asserted between them in this action.

2. The parties are working to negotiate and execute a formal settlement and license agreement, and the parties expect to file a stipulation of dismissal requesting that

1 | the Court dismiss with prejudice all claims asserted in the action.

2 |     3.    In light of the settlement, Plaintiff respectfully asks the Court to stay all
3 | deadlines between Plaintiff and all Defendants for 30 days while the parties finalize their
4 | agreement.

5 |     4.    A proposed order is attached.

**Dated:   December 7th, 2011**          Respectfully submitted,

                                     */s Brandon C. Fernald*
Brandon C. Fernald (Nevada Bar #10582)
FERNALD LAW GROUP LLP
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
(702) 410-7500/FAX (702) 410-7520
brandon.fernald@fernaldlawgroup.com

(admitted *pro hac vice*)
Edward E. Casto, Jr. Esq.
Ryan P. Griffin, Esq.
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th St., Suite 300
Fort Worth, Texas 76107
Tel:  (817) 377-9111
Fax:  (817) 377-3485
Email:  ecasto@nbclaw.net
        rgriffin@nbclaw.net

Attorneys for Plaintiff
CONTENT INTERACTIVE LLC.

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2011, I electronically filed the foregoing document with the clerk of the court for the United States District Court, District of Nevada, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ Brandon C. Fernald

Brandon C. Fernald (Nevada Bar #10582)
FERNALD LAW GROUP LLP
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel:  (702) 410-7500
Fax:  (702) 410-7520
Email:  brandon.fernald@fernaldlawgroup.com

Edward E. Casto, Jr. (admitted *pro hac vice*)
Ryan P. Griffin (admitted *pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th St., Suite 300
Fort Worth, Texas 76107
Tel:  (817) 377-9111
Fax:  (817) 377-3485
Email:  ecasto@nbclaw.net
         rgriffin@nbclaw.net

Attorneys for Plaintiff
CONTENT INTERACTIVE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONTENT INTERACTIVE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., et al.<br><br>    Defendants. | Case No.   2:11-cv-00314-ECR-CWH<br><br>**ORDER** |

CAME TO BE CONSIDERED Plaintiff Content Interactive LLC's Notice of Settlement and Unopposed Motion to Stay All Deadlines.  The Court, having considered the Motion, finds that the Motion should be in all respects GRANTED.

1     IT IS THEREFORE ORDERED that all deadlines between Plaintiff and Defendants CoxCom, Inc., Cox Communications Las Vegas, Inc., Hospitality Network LLC, and Fiesta Palms LLC are hereby stayed thirty (30) days.

Dated: December 9, 2011

_____
C.W. Hoffman, Jr.
United States Magistrate Judge