Brandon C. Fernald (Nevada Bar #10582)
FERNALD LAW GROUP LLP
2300 West Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel: (702) 410-7500
Fax: (702) 410-7520
Email: brandon.fernald@fernaldlawgroup.com

Edward E. Casto, Jr. (admitted *pro hac vice*)
Ryan P. Griffin (admitted *pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th St., Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
Fax: (817) 377-3485
Email: ecasto@nbclaw.net
       rgriffin@nbclaw.net

Attorneys for Plaintiff
CONTENT INTERACTIVE LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONTENT INTERACTIVE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., et al.<br><br>    Defendants. | Case No.   2:11-cv-00314-ECR-CWH<br><br>**ORDER DISMISSING DEFENDANTS COXCOM, INC., COX COMMUNICATIONS LAS VEGAS, INC., HOSPITALITY NETWORKS LLC, AND FIESTA PALMS LLC WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

Before the Court is the Agreed Motion to Dismiss Defendants CoxCom, Inc., Cox Communications Las Vegas, Inc., Hospitality Networks LLC, and Fiesta Palms LLC with Prejudice. After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendants CoxCom, Inc., Cox Communications Las Vegas, Inc., Hospitality Networks LLC, and Fiesta Palms LLC are hereby DISMISSED from the above-entitled and numbered case with prejudice, that the counterclaims of Defendants CoxCom, Inc., Cox Communications Las Vegas, Inc., Hospitality Networks LLC, and

1  Fiesta Palms LLC against Plaintiff Content Interactive LLC are DISMISSED with
2  prejudice, and that each party shall bear its own costs and fees.
3
4                              IT IS SO ORDERED:
5
6                              *Edward C. Reed.*
                               UNITED STATES DISTRICT JUDGE
7                              DATED: January 13, 2012.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28